IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CR-346-2-BO(4)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DONALD KENT BLAINE, | ) | |
| Defendant. | ) | |

This case comes before the court on the motion (D.E. 38) of defendant Donald Kent Blaine to permit him to travel to the Middle District of North Carolina on 24 December 2011. For good cause shown and there being no opposition from the government, the motion is ALLOWED. Defendant may travel to the Middle District of North Carolina on 24 December 2011 as requested, subject to submission of an itinerary to the supervising Probation Officer no later than 12:00 p.m. on 23 December 2011.

This, the 21 day of December 2011.

James E. Gates
United States Magistrate Judge