UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-346-2-BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| DONALD KENT BLAINE | |

    Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. 85 be sealed until further order of the court.

    It is further ORDERED that the Clerk of Court provide a filed copy of the filing at docket entry no. 85 to counsel for all parties.

SO ORDERED.

This the 15 day of October, 2012

                                    Honorable Terrence W. Boyle
                                    United States District Judge