IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-346-2-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| DONALD KENT BLAINE ) | |
| ) | |

On November 21, 2012 this Court issued an order disqualifying Joseph E. Zeszotarski, Jr. and Christopher P. Brewer from representing defendant Donald Kent Blaine in this matter. Now, the Court orders that defendant's new counsel file a notice of appearance within 30 days of the entry of this order. The Court finds that the ends of justice served by granting the defendant this 30-day period to hire new counsel outweigh the interests of the defendant and the public in a speedy trial. Therefore, any delay caused by this 30-day period shall be excluded pursuant to 18 U.S.C. § 3161(h).

SO ORDERED

This 27 day of November, 2012.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1