IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:11-CR-346-BO-2

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| | ) | |
| | ) | **REASSIGNMENT ORDER** |
| vs. | ) | |
| | ) | |
| **Donald Kent Blaine** | ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned Defendant, Donald Kent Blaine, is hereby reassigned to the Honorable Malcolm J. Howard, Senior U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **5:11-CR-346-H-2.**

SO ORDERED, this the 28th day of March 2013.

/s/ Julie A. Richards
Clerk of Court