IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Docket: No. 5:11-CR-346-2H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER TO SEAL** |
| DONALD KENT BLAINE, | ) | |
| | ) | |
| Respondent. | ) | |

THIS matter coming to be heard upon Motion of Defendant, and this Court finding good cause for granting the relief requested;

THEREFORE it is Ordered that the Defendant's Motion to Append/Correct with exhibits is hereby allowed to be filed under seal until such time as they are ordered unsealed by this Court.

The clerk is authorized to serve a copy of these documents upon counsel for the Government and Defendant.

This the _11_ day of October 2013.

_____
MALCOLM J. HOWARD
UNITED STATES DISTRICT COURT JUDGE